UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Roxanne Torres Beecher

                            Plaintiff(s)

                            v.

Riverdale Riding Corporation, et al.

                        Defendants(s)
-----------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 CV 6062 (SCR)(MDF)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_   Specific Non-Dispositive Motion/Dispute:*

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_   Settlement*

\_\_\_   Inquest After Default/Damages Hearing

\_\_\_   For jury selection

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_\_   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose:_____

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELE...
D...
D...

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
7/17/08

SO ORDERED.

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson