# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
ROXANNE TORRES BEECHER,

                              Plaintiff,

     -against-                        Case No.: 08 CIV 6062 (SCR)

RIVERDALE RIDING CORPORATION
d/b/a RIVER RIDGE EQUESTRIAN
CENTER, CHARLES RUSTIN HOLZER
a/k/a RUSTY HOLZER, ANTHONY ZUMPANO,    **DEFAULT JUDGMENT**
JEANNE RUH, THEODORE BEALE, JR.,
a/k/a TEDDY BEALE, ABC CORPORATION,
a fictitious corporation, and the COUNTY OF
WESTCHESTER,

                              Defendants.
---------------------------------------------------------------------X

    ROXANNE TORRES BEECHER, ESQ., an attorney licensed to practice in this court, deposes and says under penalty of perjury:

1.    I am a member of the Bar of this Court ans am the plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2.    I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of affiant's application for the entry of a default judgment against defendant Charles Rustin Holzer a/k/a Rusty Holzer.

3.    This is an action for remedies stemming from violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"). There are also pendant claims of breach of contract, fraud, misfeasance, retaliation and violation of affiant's First Amendment Rights, harassment, and the intentional infliction of emotional distress.

4.    Jurisdiction of the subject matter is based on the Racketeer Influenced

and Corrupt Organizations Act, 18 USC Section 1961 et seq ("RICO").

5. The action was commenced on July 2, 2008, by the filing of a summons and complaint. An amended complaint was subsequently filed with the Court on September 3, 2008. Service of the summons and amended complaint was made on the defendant, Charles Rustin Holzer a/k/a Rusty Holzer on September 15, 2008 by leaving copies of same at said defendant's dwelling house or usual place of abode, 41 East 65th Street, New York, New York, with a person of suitable age and discretion. Proof of service was filed. Defendant has not answered the amended complaint and the time to answer the amended complaint has expired.

6. This action seeks equitable relief and actual, consequential and exemplary damages. Attorney fees are also sought pursuant to 42 USCA 1998.

7. The disbursements sought to be taxed have been made.

8. There is no just reason for delay of the entry of judgment.

WHEREFORE, affiant requests the entry of Default against said defendant Charles Rustin Holzer a/k/a Rusty Holzer.

Dated: White Plains, New York
       November 6, 2008

Yours, etc.

X_____
ROXANNE TORRES BEECHER (RTB6893)
Plaintiff Pro Se
175 Main Street
White Plains, New York 10601
914-948-6050    SO ORDERED

_____
U.S.D.J.

11-17-08