UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROXANNE TORRES BEECHER,

                     Plaintiff,

       -against-

RIVERDALE RIDING CORPORATION d/b/a RIVER
RIDGE EQUESTRIAN CENTER, CHARLES
RUSTIN HOLZER a/k/a RUSTY HOLZER,
ANTHONY ZUMPANO, JEANNE RUH,
THEODORE BEALE, JR., a/k/a TEDDY BEALE,
ABC CORPORATION, a fictitious corporation, and
the COUNTY OF WESTCHESTER,

                     Defendants.

------------------------------------------------------------------X

Index No. 08 Civ. 6062

**CONSENT TO**
**CHANGE ATTORNEYS**

IT IS HEREBY CONSENTED THAT Menaker & Herrmann LLP with an address at 10 East 40th Street, New York, New York 10016, be substituted as attorneys of record for defendant Anthony Zumpano in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: New York, New York
       March 23, 2009

                                 _____
                                   Anthony Zumpano

MENAKER & HERRMANN LLP
Incoming Counsel


By: _____
                 Allison C. Pierre

10 East 40th Street
New York, New York 10016
(212) 545-1900


QUINN MELLEA & GIOFFRE LLP
Outgoing Counsel


By: _____
                 Anthony J. DiFiore, Esq.

399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0550